No. 76–5522. ROSE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–5535. CAPASSO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–5561. MYERS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 76–5563. ALLEN ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–5672. FIELDS *v.* MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 76–5678. THACKER *v.* GARRISON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 76–5730. PROCTOR *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–5733. LOVELL *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 76–5740. FORD *v.* PITCHESS. Sup. Ct. Cal. Certiorari denied.

No. 76–5748. TESTA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5759. AARON *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 76–5766. TARAVELLA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5769. WALLACE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.